1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  SCOTT MARSHALL PENNEBAKER,                          No.  2:14-cv-2147 AC P

12                       Plaintiff,

13          v.                                          ORDER

14  SACRAMENTO COUNTY SHERIFF, et
    al.,
15
                         Defendants.
16

17          Plaintiff, a former inmate at the Sacramento County Jail, commenced this action on

18  September 16, 2014, by filing a civil rights complaint under 42 U.S.C. § 1983, together with a

19  request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  On September 25,

20  2014, plaintiff filed a notice of change of address,[1] ECF No. 5, and consented to the jurisdiction

21  of the undersigned United States Magistrate Judge for all purposes,[2] ECF No. 6.

22          On January 20, 2015, this court granted plaintiff's request to proceed in forma pauperis

23  and dismissed plaintiff's complaint with leave to file an amended complaint within thirty days.

24  ECF No. 7.  Plaintiff was informed that failure to file an amended complaint would result in the

25  dismissal of this action.  Id. at 6.  The court's order was served on plaintiff at his address of

26  ////

27  _____
    [1]  The change of address indicates that plaintiff is no longer incarcerated.
28  [2]  See 28 U.S.C. § 636(c); Local Rule 305(a).

                                                      1

1  record.  Pursuant to Local Rule 182(f), service of documents at a party's record address is fully

2  effective.

3         More than thirty days have passed since the filing of the court's order.  Plaintiff has not

4  filed an amended complaint, submitted a further notice of change of address, or otherwise

5  communicated with the court; it appears that plaintiff has abandoned this case.

6         Accordingly, for good cause shown, IT IS HEREBY ORDERED that this action is

7  dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk of

8  Court is directed to close this case.

9  DATED: March 3, 2015

10

11  ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2